TRAVELERS CASUALTY AND SURETY COMPANY, Appellant, v CERTAIN UNDERWRITERS AT LLOYDS OF LONDON et al., Respondents. [— NYS2d —] —Order, Supreme Court, New York County (Barry Cozier, J.), entered May 27, 1999, which granted defendants' motion for summary judgment dismissing plaintiff's claims for recovery of additional sums under reinsurance contracts, unanimously affirmed, with costs.

Supreme Court, New York County (Barry Cozier, J.), entered on or about October 4, 1999, which granted defendants' motion for summary judgment dismissing plaintiff's claims for recovery under reinsurance contracts, unanimously affirmed, with costs.

In view of our affirmance today of the appealed order in *Travelers Cas. & Sur. Co. v Certain Underwriters at Lloyd's* (277 AD2d 100 [the *Koppers* litigation]), the presently appealed order, raising identical appellate issues, must be affirmed as well. Concur—Williams, J. P., Mazzarelli, Lerner, Buckley and Friedman, JJ.